**<u>EXHIBIT A</u>**

INSTR # 112238779, OR BK 50717 PG 1953, Page 1 of 7, Recorded 04/22/2014 at 01:13 PM, Broward County Commission, Deputy Clerk ERECORD

Case 14-35900-JKO   Doc 22-1   Filed 12/22/14   Page 2 of 8

**** FILED: BROWARD COUNTY, FL Howard C. Forman, CLERK 4/21/2014 11:06:36 AM.****

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

HSBC BANK USA, AS TRUSTEE FOR   CASE NO.: CACE09033133 DIV 13
MANA 2007-AF1,

Plaintiff,

VS.

LUIS B VAZQUEZ; IRIS N. VAZQUEZ; HEATHGATE-SUNFLOWER HOMEOWNERS ASSOCIATION INCORPORATED; JOHN DOE N/K/A DANIEL PEREZ; JANE DOE N/K/A DELILAH VAZQUEZ; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS,

Defendant(s).
_____/

## CONSENT FINAL JUDGMENT

THIS ACTION was heard before the Court on the Non-Jury Trial on April 21, 2014. On the evidence presented,

IT IS ADJUDGED THAT:

1. Plaintiff, HSBC BANK USA, AS TRUSTEE FOR MANA 2007-AF1 is due:

| | |
|---|---|
| Principal | $215,885.68 |
| Interest from 3/1/2009 through 4/21/2014 | $84,579.96 |
| Taxes 2010-2013 | $7,664.65 |
| Insurance 2009-2014 | $20,653.11 |

File No: 1113-4454
Case No: CACE09033133

| | |
|---|---|
| Attorney's flat fees | $1,300.00 |
| Attorney's trial fees | $2,100.00 |
| Finding as to reasonable number of hours (14 hours) | |
| Finding as to reasonable hourly rate ($150/hour) | |
| **Court costs:** | |
| Filing Fee          $ | |
| Service of Process  $ | |
| Title Search        $ | |
| **Other costs:** | |
| Pre Acceleration Late Charges | $233.58 |
| Property Inspection | $675.00 |
| BPO/Appraisal | $190.00 |
| Photos | $2.50 |
| Other Inspection Fees | $16.25 |
| **Subtotal:** | $333,300.73 |
| LESS: Escrow Balance | $ |
| LESS: Other-Corporate FC Credit Balance | <$95.00> |
| **TOTAL** | **$333,205.73** |

That shall bear interest at the rate of <u>4.75</u>% a year.

2. Plaintiff holds a lien for the total sum superior to all claims or estates of Defendant(s), LUIS B VAZQUEZ; IRIS N. VAZQUEZ; HEATHGATE-SUNFLOWER HOMEOWNERS ASSOCIATION INCORPORATED; JOHN DOE N/K/A DANIEL PEREZ; JANE DOE N/K/A DELILAH VAZQUEZ; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER CLAIMANTS, on the following described property in Broward County, Florida and described as:

**LOT 1066, HEATHGATE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 72, PAGE 49, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

**Property Address: 8001 NORTHWEST 75TH AVENUE, TAMARAC, FLORIDA 33321**

3. If the total sum with interest at the rate described in Paragraph 1 and all costs accrued subsequent to the Judgment are not paid, the Clerk of this Court shall sell the property at public sale on the _19th_ day of _August_, 20_14_, to the highest bidder for cash, except as prescribed in Paragraph 4, at the courthouse located at 201 Southeast 6th Street

4. Fort Lauderdale, FL 33301 in Broward County, Florida, in accordance with section 45.031, Florida Statues, using the following method:

    o  By electronic sale beginning at 10:00 am on the prescribed date at www.broward.realforeclose.com

5. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property for sale, provided however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the Certificate of Title. If Plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

6. On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the Plaintiff's costs; second, documentary stamps affixed to the Certificate; third, Plaintiff's attorney's fees; fourth, the total sum due to plaintiff, less the item paid, plus interest at the rate prescribed in Paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this Court.

7. On filing of the Certificate of Sale, Defendant(s) and all persons claiming under or against Defendant(s) since the filing of the notice of Lis Pendens shall be foreclosed of

File No: 1113-4454
Case No. CACE09033133

all estate or claim in property, except as to claims or rights under chapter 718 or chapter 720, Florida Statues, if any. Upon the filing of the Certificate of Title, the person named on the Certificate of Title shall be let into possession of the property. If any Defendant remains in possession of the property, the clerk shall without further order of the Court issue forthwith a Writ of Possession upon request of the person named on the Certificate of Title. However, Court is bound to protect the rights of tenant(s) under Federal "Protecting Tenants at Foreclosure Act of 2009".

8. Jurisdiction of this action is retained to enter further orders that are proper including, without limitation, a deficiency judgment, and orders relating to supplemental proceedings to address any omitted parties who may possess an interest in the property.

9. The Court finds that the Plaintiff has reestablished the terms of the lost note and its right to enforce the instrument as required by Section 673.3091, Florida Statutes. Plaintiff shall hold the Defendant maker of the note harmless and shall indemnify them from any loss they may incur by reason of a claim by any other person to enforce the lost note. Since adequate protection is provided as required by Section 673.3091, Florida Statutes, judgment is hereby entered in favor of the Plaintiff as to its request to enforce the lost note.

10. The Court finds that the Plaintiff has reestablished the terms of the lost mortgage and its right to enforce the instrument as required by Section 673.3091, Florida Statutes. Plaintiff shall hold the Defendant maker of the mortgage harmless and shall indemnify them from any loss they may incur by reason of a claim by any other person to enforce the lost mortgage. Since adequate protection is provided as required by Section 673.3091, Florida Statutes, judgment is hereby entered in favor of the Plaintiff as to its request to enforce the lost mortgage.

11. Defendant(s), LUIS B VAZQUEZ and IRIS N. VAZQUEZ agree to the entry of a final judgment set forth in the parties' Stipulation to Consent to Final Judgment, and consents to

judgment. The Court adopts, affirms and ratifies the stipulation agreement between the parties.

The Sale Date is extended to 120 day.

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.**
**IF YOU ARE SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT FOR YOUR COUNTY WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

| **Broward County Clerk of Court** |
| :---: |
| 201 SE 6th Street |
| Fort Lauderdale, FL 33301 |
| (954) 831-6610 |
| www.clerk-17th-flcourts.org |

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT THE LOCAL LEGAL SERVICES LISTED BELOW TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT ONE OF THE SERVICES LISTED BELOW, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

File No. 1113-4454
Case No: CACE09033133

| Broward County |
|---|
| **Coast to Coast Legal Aid of South Florida, Inc.** |
| Plantation, FL |
| (954) 736-2400 |
| www.legalaid.org |
| **FIU College of Law Educational Advocacy Clinic** |
| Miami, FL |
| (305) 348-7541 |
| www.fiu.edu |
| **Florida Immigrant Advocacy Center (Miami Office)** |
| Miami, FL |
| (305) 573-1106 |
| www.fiacfla.org |
| **Florida Institutional Legal Services, Inc.** |
| Gainesville, FL |
| (352) 375-2494 |
| fils@bellsouth.net |
| **Florida Justice Institute** |
| Miami, FL |
| (305) 358-2081 |
| **Legal Aid Service of Broward County, Inc.** |
| Plantation, FL |
| (954) 765-8950 |

**DONE AND ORDERED** at Broward County, Florida, this 21 day of April, 2014.

_____
Circuit Court Judge

**Copies Furnished to all parties:**

File No: 1113-4454
Case No: CACE09033133

**Service List:**

**ALDRIDGE | CONNORS, LLP**
Attorney for Plaintiff
1615 South Congress Avenue, Suite 200
Delray Beach, FL 33445
Primary E-Mail: ServiceMail@aclawllp.com
[FAX: Aldridge Connors @1-561-392-6965]

**By E-Mail:**
Joseph E. Altschul, Esq.
*Attorney for Luis and Iris Vazquez*
1911 NW 150th Avenue, Suite 203
Pembroke Pines, FL 33028
stern@jealegal.com

**By U.S. Mail:**
Heathgate-Sunflower Homeowners Association, Inc.
621 Northwest 53rd Street, Suite 300
Boca Raton, FL 33487

John Doe N/K/A Daniel Perez
8001 Northwest 75th Avenue
Tamarac, FL 33321

Jane Doe N/K/A Delilah Vazquez
8001 Northwest 75th Avenue
Tamarac, FL 33321

File No: 1113-4454
Case No: CACE09033133