# **EXHIBIT B**

8001 NW 75 AVENUE

 

| Site Address | 8001 NW 75 AVENUE, TAMARAC | ID # | 4941 03 06 1260 |
|---|---|---|---|
| Property Owner | VAZQUEZ,LUIS B & IRIS N | Millage | 3112 |
| Mailing Address | 8001 NW 75 AVE TAMARAC FL 33321-4827 | Use | 01 |
| Abbreviated Legal Description | HEATHGATE 72-49 B LOT 1066 | | |

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

### Property Assessment Values
Click here to see 2014 Exemptions and Taxable Values to be reflected on the Nov. 1, 2014 tax bill.

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $25,880 | $88,810 | $114,690 | $91,560 | |
| 2014 | $25,880 | $88,810 | $114,690 | $91,560 | $1,796.40 |
| 2013 | $25,880 | $73,580 | $99,460 | $90,210 | $1,772.60 |

**IMPORTANT:** The 2015 values currently shown are "roll over" values from 2014. These numbers will change frequently online as we make various adjustments until they are finalized on June 1. Please check back here AFTER June 1, 2015, to see the actual proposed 2015 assessments and portability values.

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $114,690 | $114,690 | $114,690 | $114,690 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH  97 | $91,560 | $91,560 | $91,560 | $91,560 |
| Homestead  100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $41,560 | $66,560 | $41,560 | $41,560 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 2/9/1996 | WD | $96,000 | 24490 / 481 |
| 10/20/1995 | WD | $65,500 | 24081 / 167 |
| 7/20/1995 | WD | $57,800 | 23732 / 502 |
| 6/26/1995 | CET | $49,000 | 23618 / 712 |
| 5/1/1986 | WD | $69,500 | 13421 / 760 |

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| $3.00 | 8,625 | SF |
| | | |
| | | |
| | | |
| Adj. Bldg. S.F. (See Sketch) | | 1885 |
| Units | | 1 |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| 31 | T | | | | | TM | | |
| R | 1 | | | | | | | |