UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

**LUIS BENJAMIN VAZQUEZ**            Case No. 14-35500-JKO
**IRIS NEREIDA VASQUEZ**

                                              Chapter 7

      Debtors
_____/

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the *Application to Employ Value Brokerage & Services, LLC as Real Estate Broker in Addition to Amend Illustrated Properties, Inc.'s Retention, to Procedure Consented Public Sale* (D.E. # 69) *Notice of Hearing* (D.E. #70) both entered on May 1, 2015 was served via the court BNC electronic mail and 1st class mail on May 1, 2015, to the parties attached hereto.

                                                                    **/s/ Kenneth A. Welt**
                                                                    Kenneth A. Welt, Trustee
                                                                    1776 N. Pine Island Rd.
                                                                    Ste. 101
                                                                    Plantation, FL 33322
                                                                    Tel: (954) 916-1560
                                                                    Fax: (954) 606-9867

**Via 1st Class Mail:**

Luis Benjamin Vazquez
8001 NW 75th Avenue
Tamarac, FL 33321

Iris Nereida Vasquez
8001 NW 75th Avenue
Tamarac, FL 33321

**Via Electronic Mail:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA.
flecf@aclawllp.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-AF1
flecf@aclawllp.com, Ecf_fl@rcolegal.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Trustee Kenneth A Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Elena M Perez on behalf of Debtor Luis Benjamin Vazquez
attorneyperez@aol.com

Elena M Perez on behalf of Joint Debtor Iris Nereida Vasquez
attorneyperez@aol.com